ARTHUR QUINTER, *ET ALS.*, APPELLANTS-PETITIONERS, v. CIVIL SERVICE COMMISSION, RESPONDENT-RESPONDENT.

*Messrs. Kmiec & Palumbo* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Winard* for the respondent.

February 13, 1968. Denied.

ESSEX COUNTY WELFARE BOARD, PLAINTIFF-RESPONDENT, v. OTIS WILLIAMS, DEFENDANT-PETITIONER.

*Mr. Harris David* and *Mr. Harvey Pearlman* for the petitioner.

*Mr. John A. Matthews, Jr.* and *Mr. William H. Sheil* for the respondent.

February 13, 1968. Denied.

JULIA KLEINMAN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JANET WEXLER, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Sutton, Ward, Sutton & Heim* and *Mr. Edwin J. O'Malley, Jr.* for the petitioners.

*Messrs. Novins & Novins* for the respondents.

February 13, 1968. Denied.